

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>WILLIAM EDWARD DICK, JR.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:22-mj-00284-DUTY<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _April 27_____, _2022_____, at _10_:00 ☒a.m. / ☒p.m. before the Honorable _JOHN D. EARLY_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _April 22, 2022_____

JOHN D. EARLY
U.S. ~~District Judge~~/Magistrate Judge